No. 712, Misc. MONKS v. NEW JERSEY. Sup. Ct. N. J. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *John G. Thevos* for respondent.

No. 772. FRITZINGER v. WEIST ET AL. C. A. 3d Cir. Certiorari denied. *David Kanner* and *Edward N. Barol* for petitioner. *James M. Marsh* for respondent Millard.

No. 894. WEITZEN ET AL. v. HEIT ET AL. C. A. 2d Cir. Certiorari denied. *John F. Sonnett* for Grant et al., *Devereux Milburn* and *John F. X. Peloso* for Weitzen et al., *Boris Kostelanetz* for Belock Instrument Corp., and *Wilbur H. Hecht* for Lybrand, Ross Bros. & Montgomery, petitioners. *William E. Haudek, Arthur W. Lichtenstein,* and *Lawrence Milberg* for Heit et al., *Samuel R. Pierce, Jr.,* for Tyminski, and *Hyman Bravin* for Levy, respondents. *Solicitor General Griswold, Philip A. Loomis, Jr., David Ferber,* and *Donald M. Feuerstein* filed a memorandum for the United States, by invitation of the Court, 393 U. S. 1074, in opposition.

No. 1055. WILSON v. WASHINGTON. Sup. Ct. Wash. Certiorari denied. *Anthony Savage, Jr.,* for petitioner. *James E. Kennedy* for respondent.

No. 1194. FELD v. UNITED STATES. Ct. Cl. Certiorari denied. *Solicitor General Griswold* for the United States.